FILED: April 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1021 (L)
(6:11-cv-00035-NKM-RSB)

_____

CVLR PERFORMANCE HORSES, INC.

       Plaintiff

VICKI L. MARSH

       Intervenor/Plaintiff

 and

KAREN FOSTER

       Intervenor/Plaintiff - Appellant

v.

JOHN L. WYNNE; 1650 PARTNERS, LLC; RIVERMONT CONSULTANTS, INC., f/k/a The Rivermont Banking Co., Inc.

       Defendants - Appellees

 and

OLD DOMINION NATIONAL BANK; ADVANTAGE TITLE & CLOSING LLC; S & R FARM, LLC; RALPH BECK; SHANA LESTER, f/k/a Shana Beck

       Defendants

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk